

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00770-CR

Stephen **RICHARDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10629
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 27, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court